## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ERIC GUICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-24-1362-J |
| | ) | |
| COMANCHE COUNTY | ) | |
| DETENTION CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Plaintiff, a state prisoner appearing pro se and in forma pauperis, filed a Complaint alleging various constitutional violations at the Comanche County Detention Center. [Doc. No. 1]. The matter was referred for initial proceedings to United States Magistrate Judge Amanda Maxfield consistent with 28 U.S.C. § 636(b)(1)(B), (C). [Doc. No. 5]. On June 5, 2025, Judge Maxfield issued a Report and Recommendation recommending the Court dismiss the Complaint for failure to state a claim. [Doc. No. 17]. Plaintiff was advised of his right to object to the Report and Recommendation by June 26, 2025, and on July 9, 2025, Plaintiff filed an objection. In his objection, Plaintiff requests leave to file an amended complaint. Having reviewed the Report and Recommendation and Plaintiff's objection, the Court ADOPTS the Report and Recommendation [Doc. No. 17], DISMISSES the Complaint [Doc. No. 1], and GRANTS Plaintiff leave to file an amended complaint. Plaintiff shall file said amended complaint on or before August 8, 2025. If no amended complaint is filed by August 8, 2025, this case will be dismissed without prejudice.

IT IS SO ORDERED this 11th day of July, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE